# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 6 2023

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Print clearly and legibly the following information:

Jermaine Peters

**Print the full name of plaintiff.**

Case No. C-22-CR-22-000510
(Include case number if one has been assigned, otherwise leave blank.)

-against-

Salisbury Police Department (SPD)
SPD Crime Reduction Unit
Senior Police Officer Pizzaia (SPD)
Detective G. Ross (SPD)

**Print the full name of each defendant.** If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section 4.

## COMPLAINT
(Prisoner)

### 1. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## 2. PLAINTIFF INFORMATION

Plaintiff must provide the following information. Attach additional pages if necessary.

__Jermaine_____ __A_____ __Peters_____
**First Name**        **Middle Initial**    **Last Name**

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__20221451_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number under which you were held)

__Wicomico Detention Center_____
**Current Place of Detention**

__411 Naylor Mill rd_____
**Institutional Address**

__Wicomico County, Salisbury__ __MD__ __21801__
**County, City**              **State**   **Zip Code**

## 3. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Convicted and sentenced prisoner
☐ Immigration detainee
☐ Civilly committed detainee
☐ Other: _____

## 4. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to the list of defendants in the case caption at the top of page 1 of this complaint form.

**Attach additional pages as necessary.**

Defendant 1: __Salisbury_____ __Police Department_____
              **First Name**         **Last Name**         **Badge #**

2

Current Job Title (or other identifying information)
_699 West Salisbury Parkway_
Current Work Address
_Wicomico, Salisbury       MD         21801_
County, City                State          Zip Code

Defendant 2: _Salisbury          Police Department_
First Name          Last Name          Badge #

_Crime Reduction Unit_
Current Job Title (or other identifying information)
_699 West Salisbury Parkway_
Current Work Address
_Wicomico, Salisbury       MD         21801_
County, City                State          Zip Code

Defendant 3: _G.              Ross              2199_
First Name          Last Name          Badge #

_Detective_
Current Job Title (or other identifying information)
_699 West Salisbury Parkway_
Current Work Address
_Wicomico, Salisbury       MD         21801_
County, City                State          Zip Code

Defendant 4: _                 Pizzaia_
First Name          Last Name          Badge #

_Senior Police officer_
Current Job Title (or other identifying information)
_699 West Salisbury Parkway_
Current Work Address
_Wicomico, Salisbury       MD         21801_
County, City                State          Zip Code

5. STATEMENT OF CLAIM

- Where did the events take place?

    Name of institution    _See attached_

    Location in the institution   _____

    If outside an institution, state where   _____

- When did the events take place?

    Month, date, year    _See attached_

    Time of day   _____

- State here briefly the FACTS that support your case. Describe
    1. what happened,
    2. how you were harmed, and
    3. how <u>each</u> <u>defendant</u> that you named took wrongful action that caused you harm.

    **Attach additional pages as necessary.**

    _See attached_

6. **INJURIES:**

If you were injured as a result of these actions, describe your injuries. Also state if you needed medical treatment and if you received it.

See attached

7. **RELIEF:**

State briefly what money damages or other relief you want the court to order.

I am seek 8 million (#8,000,000.00) for compensatory damages and I am seeking 2 million (#2,000,000.00) for Punitive damages

# Complaint Against Salisbury Police Department

**Harrassment**: Senior Police Officer Pizzaia acting under the color of state law violated my 4th and 14th amendment rights

On April 13, 2022 @639 pm SPO Pizzaia of the Salisbury Police Department(SPD) followed me to 711 store on at the intersection of Rt 50 and Nanticoke rd from Naylor st. for no other reason than profiling and harassment. Once I arrived at 711 I went inside to buy some things. When I got to the register to pay for my items I noticed Pizzaia parked horizontally behind my car doing what turned out to be looking up my registration. In the report Pizzaia stated that he started investigating my vehicle because my car was "occupied and stationary in the 711 parking lot". This was a lie and a poor excuse to be harassing me. I later found out that Pizzaia at that time called for backup and a k-9 unit I know this because DFC landing (MD state police) ststed at 647 pm she responded to assist Pizzaia with a k9 scan. As I exited the store Pizzaia left the area, I was never stationary in the parkinglot. I got into my vehicle and left going toward Pemberton dr. As I got away from 711 I noticed a patrol car speeding toward me in my rearview mirror. I turned right and Pizzaia was coming directly toward me. He and other officers set up a trap of sorts to box me in and I was not trying to evade them at all as I had not done anything. I was afraid but I didn't panic. Pizzaia did a u turn as he passed me then hit his lights to stop me. I turned left onto Nanticoke rd then pulled over in the Food Lion parking lot. Pizzaia came to the car and in spite of him not being in the area to see me exit 711 and his statement that he later put in the report that he started investigating because my car was "occupied and stationary", he said he pulled me over for not stopping before the curve when I exited 711. I didn't argue because I knew it was useless. At that time the back up and k9 unit pulled up. At that time instead of continuing with the traffic stop Pizzaia talked to them for @ 8-10 minutes. That is when the k9 officer DFC Landing of the Maryland State Police approached the driver window and demanded that I exit the vehicle so she can conduct a k9 scan. In her report she stated before the stop was even conducted SPO Pizzaia called her and asked her to do a k9 scan due to "criminal indicators". I exited the vehicle and the dog did the scan of the vehicle. The dog allegedly alerted on the front passenger door. They searched the vehicle thoroughly and found nothing illegal. Officers found mail that they opened and read which violated the rights of the person who the mail belonged to. I was on the phone for the entire stop, I had my iphone airpods in my ear but my actual phone was on my driver seat the entire search. Pizzaia terminated my call in attempts to stop me from telling my brother what was going on. I became irate and officers told me I can not be on a call while they investigate. After not finding anything Pizzaia searched my person and violated me by pulling my shorts/underwear down enough to see my naked butt. I was humiliated and felt helpless. It traumatized me as I felt sexually assaulted because I couldn't stop him and the Food Lion parkinglot was crowded with people. I need counseling for this experience.

**Salisbury Police Department(SPD), SPD'S Crime reduction Unit and Detective G. Ross (affiant) acting under color of state law violated my 4th, 5th and 14th amendment rights**

2. <u>**Search warrant lacked probable cause:**</u>

On 8/30/2022 @3pm officers of Salisbury Police Department's Crime reduction unit executed a search warrant on my home (1402 Chateau dr Salisbury MD, 21801) without probable cause.Wicomico circuit court Judge James Sarbanes abandoned his neutral and detached role when he signed the warrant for my residence. The affidavit lacked a indicia of probable cause to believe any crime was being committed at the residence, no reasonably well trained officer should rely on such a warrant.

No well trained officer would manifest objective good faith in relying on this warrant . Unfortunately The judge acted as a rubber stamp as there was not a substantial basis to conclude wrong doing at the residence at all.

<u>**Defamation of character;**</u>

Since the raid my family has been destroyed. I'm not welcome in my home. My fiancé will not talk to me. I am actually homeless due to the fact the raid traumatized everyone that stays there. My neighbors complained to the Home Owners Association. This embarrassed my entire family beyond measure. My son and My fiancé felt punished and suffer mentally and emotionally.

<u>**Property Damages;**</u>

Officers broke doors, tore rooms apart and did excessive damage around the house.

3. **Falsely Accused and False arrest:**

On 8/30/2022 @ 230pm I was arrested at 529 Coventry square apt 349. Officers executed a search warrant. I was a guest at this residence. It was nothing found on me or near me. Nothing illegal was in plain sight and I had no knowledge of what contraband was found outside and in the master bathroom. I had no possessory interest and/or ownership in the property at all. Iwas still arrested and charged with multiple charges.

<u>**Propety Seized;**</u>

After I was arrested Officers seized my 2020 Volkswagon Passat. Nothing illegal was found in my vehicle whatsoever. The Salisbury Police still seized my vehicle and drove it to their police station (669 W.Salisbury Pkwy) and held it there for no reason. My sister/ co-signer (Ashlynn Farrare) called the Salisbury police department the week of 9/3/2022 and officers refused to release the car to her. She is co owner of the vehicle and clearly had more interest in getting the vehicle than the SPD had in keeping it. As a result my credit as well as my co-signer's credit took a massive hit. I assume a repossession took place because I owe the bank that gave me the loan over 33,000 dollars for the vehicle. My insurance lapsed because we were refused when I tried to get the license plates back. Fines are still adding up as a result of this. This vehicle served no purpose to the police after it was searched thoroughly and photographed, yet it was held in spite of it serving no value to the officers.

**Salisbury Police Department under color of state law violated my 14th amendment right**

4. **Deprived Me Of My Medication:** On 8/30/2022 @ 230pm at 529 Conventry square apt 349 the exact moment the execution of the search warrant I was in the guest bathroom urinating blood and I was in severe pain. When officers broke down the door I was exiting the bathroom. I was arrested at that time. I informed officers of my health issues and that I needed to go to the hospital. I asked to get a change of underwear because blood was all over my boxers. The officer that searched me then pulled my shorts down to my ankles in front of everyone in the apartment hall way for all onlookers to see. After that I was taken to Tidal Health. I was diagnosed with a severe urinary track infection. The doctor prescribed me medication and instructions. When I was released from the hospital I was taken to Salisbury Police department. Officers put me in a small holding cell cuffed to a slab of concrete for over 12 hours. I was forced to urinate on myself multiple times. I couldn't get the officers to let me use the bathroom. I was eventually transported @ 2 am the next morning to Wicomico County Detention Center. SPD officers threw away my medication and paperwork I received from the hospital. As a result my urinary track infection got worse and I suffered with irritation, itching and trouble urinating still to this day.

CASE #: C-22-CR-22-000510

<u>**CLAIM:**</u> **UNDER SECTION 42 U.S.C. subsection 1983, Acting under color of state law**

**SPD failed to properly train, supervise and/or discipline officers resulting in unlawful searches, unconstitutional seizures and harrassment**

**SPD crime reduction unit executed a search warrant that lacked a indicia of probable cause which no reasonably well trained officer would manifest objective good faith in relying on such a warrant.**

**Detective G. Ross led SPD crime reduction unit as the affiant and lead investigator on a unlawful search executed based on a warrant lacking probable cause.**

**SPO Pizzaia individually violated my 4th amendment right, profiled and harassed me with deliberate indifference to constitutional violations.**

<u>**LIST OF INJURIES:**</u>

| | |
|---|---|
| **MENTAL AND EMOTIONAL ANGUISH** | **DEFAMTION OF CHARACTER** |
| **PAIN AND SUFFERING** | **HUMILIATION** |
| **HARRASSMENT** | **DEPRIVED OF MEDICAL CARE** |
| **DESTRUCTION OF PROPERTY** | **DEPRIVED OF PROPERTY** |
| **LOSS OF WAGES AND FUTURE WAGES** | |

*Enclosed are documents supporting the facts in detail:*

Letter from a lawyer describing harassment

Reporting officer narrative from DFC Landing of Maryland State Police( k9)

Affidavit and search warrant for my residence lacking indicia of probable cause

## 8. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

- I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases, and be required to make prepayment of the filing fee before my complaint can go forward in the court.

- I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, plaintiff must also submit an IFP application.**

Date: 6/28/2023

Plaintiff's Signature: [signed]

First Name: Jermaine   Middle Initial: A   Last Name: Peters

Prison Address: 411 Naylor Mill rd

County, City: Wicomico, Salisbury   State: MD   Zip Code: 21801

Date on which I am delivering this complaint to prison authorities for mailing: 6/30/23